Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were therefore sustained to that extent.

**No. 46653.**—Protests 976598–G, etc., of A. N. Deringer, Inc. (St. Albans).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were therefore sustained to that extent.

**No. 46654.**—Protests 979280–G, etc., of Central Vermont Railway, Inc. (St. Albans).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were therefore sustained to that extent.

BEFORE THE THIRD DIVISION, DECEMBER 5, 1941

**No. 46655.**—Protests 979894–G, etc., of S. S. Kresge Co. (Baltimore).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the merchandise in question was held dutiable as Rockingham earthenware at 25 percent under paragraph 210 as claimed.

**No. 46656.**—Protests 950894–G, etc., of Austin, Nichols & Co. et al. (New York).

Opinion by KEEFE J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

DECEMBER 8, 1941

**No. 46657.**—test 24745–K of E. I. du Pont de Nemours & Co. Abstract 46420. Application by Government for rehearing denied.

BEFORE THE FIRST DIVISION, DECEMBER 10, 1941

**No. 46658.**—Protests 996719–G, etc., of E. Dillingham, Inc. (Ogdensburg).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were therefore sustained.

**No. 46659.**—Protests 980986-G, etc., of F. W. Myers & Co., Inc. (Ogdensburg).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were therefore sustained.

**No. 46660.**—Protests 972369-G, etc., of F. W. Myers & Co., Inc. (Ogdensburg).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were therefore sustained.

**No. 46661.**—Protests 17332-K, etc., of F. W. Myers & Co. (Ogdensburg).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were therefore sustained.

**No. 46662.**—Protests 41211-K, etc., of Central Vermont Railway, Inc. (St. Albans).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were therefore sustained.

**No. 46663.**—Protests 48748-K, etc., of A. N. Deringer, Inc. (St. Albans).